UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SKILAH ANDERSON                                                                           PETITIONER

VS.                                                           CIVIL ACTION NO. 3:09cv768-DPJ-FKB

RONALD W. KING                                                                          RESPONDENT

ORDER

This cause came on this date to be heard upon the Report and Recommendation [13] of the United States Magistrate Judge, after referral of hearing by this Court. Magistrate Judge Ball recommended relief be granted as to ground four of Anderson's petition for writ of habeas corpus, and that relief be otherwise denied. Petitioner filed a motion [14] seeking an extension of time to file an Objection to the Report and Recommendation. In its December 27, 2012 Order [15], the Court granted Anderson's motion giving him until January 7, 2013, to file an Objection, but the time to do so has now passed. The Court, having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge F. Keith Ball be, and the same is hereby, adopted as the finding of this Court. Conditional habeas relief will be granted on ground four; the petition will in all other respects be denied.

A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of Civil Procedure.

**SO ORDERED AND ADJUDGED** this the 18th day of January, 2013.

                                                  s/ *Daniel P. Jordan III*
                                                  UNITED STATES DISTRICT JUDGE